Daniel Partridge III and Charles Effinger Smoot, both of Washington, D. C., for plaintiff.

J. Richard Earle, of Washington, D. C., for defendant Jimmie R. Henderson.

R. Sidney Johnson, of Washington, D. C., for defendant Bertie S. Gillespie.

BAILEY, Associate Justice.

The motion to dismiss what is denominated in the complaint as a cross claim should be sustained. The complaint does not seek to enforce any lien upon the property sold to the defendant Henderson but to maintain this "cross claim," would be to permit the plaintiff to bring in any party who may be indebted to the defendant Henderson. If the plaintiff should be successful in obtaining a judgment against defendant Henderson, it would not thereby have any priority over other creditors except as to any judgment lien to which it might be entitled.

Arthur G. Lambert, George L. Hart, Jr., and Arthur R. Murphy, all of Washington, D. C., for plaintiff.

Benjamin L. Tepper and Charles S. Baker, both of Washington, D. C., for defendant and garnishee.

BAILEY, Associate Justice.

Upon the hearing of the oral examination of the garnishee in this case, I understood that Mr. Baker and Mr. Tepper were acting as counsel for the garnishee. A brief has been filed by them describing themselves as "Amici curiae," but my recollection is that they took part in the hearing, and that there was no application by them for leave to act as "Amici curiae."

However, I am satisfied that no judgment can be had based solely upon the oral hearing.

CASE v. OPERATIVE PLASTERERS' & CEMENT FINISHERS' INTERNATIONAL ASS'N OF UNITED STATES & CANADA.

No. 83914.

District Court of the United States for the District of Columbia.

Nov. 2, 1936.

ALSTON v. SECURITY SAVINGS & COMMERCIAL BANK et al.

Civ. A. No. 3583.

District Court of the United States for the District of Columbia.

Oct. 10, 1939.

